# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: § 
§ 
BICYCLE COMPANY § Case No. 04-44165 ABG
§ 
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Payments to the debtor

      Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing claims in this case was ___. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 04-44165 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | BICYCLE COMPANY | | | | Date Filed (f) or Converted (c): | 12/01/04 (f) |
| | | | | | 341(a) Meeting Date: | 01/27/05 |
| For Period Ending: 10/19/09 | | | | | Claims Bar Date: | 06/06/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE EQUIPMENT | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. COMPUTER | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. FRAUD, CONVEYANCE | Unknown | 50,000.00 | | 18,500.00 | 31,500.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 40.09 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $16,000.00            $50,000.00                 $18,540.09            $31,500.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING POTENTIAL PREFERENTIAL OR FRAUDULENT TRANSFERS. TRUSTEE HAS SENT DEMAND LETTERS TO POTENTIAL DEFENDANTS AND AM WAITING FOR RESPONSES. TRUSTEE PREPARING ADVERSARY COMPLAINTS. TRUSTEE HAS FILED THREE ADVERSARY COMPLAINTS WHICH ARE CURRENTLY PENDING. ADVERSARY COMPLAINTS ARE BEING SETTLED. TRUSTEE HAS FILED MOTIONS TO APPROVE SETTLEMENTS.
TRUSTEE REVIEWING CLAIMS AQND WILL THEN FILE A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 03/31/06       Current Projected Date of Final Report (TFR): 05/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 04-44165 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BICYCLE COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6867  BofA - Money Market Account |
| Taxpayer ID No: | *******4726 | | | |
| For Period Ending: | 10/19/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/07 | 3 | American Bicycle Group | Settlement of Adversary | 1241-000 | 10,000.00 | | 10,000.00 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 2.88 | | 10,002.88 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 5.34 | | 10,008.22 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 4.78 | | 10,013.00 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.97 | | 10,016.97 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.38 | | 10,019.35 |
| 03/25/08 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.84 | 10,010.51 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.37 | | 10,012.88 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.05 | | 10,014.93 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,016.20 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.23 | | 10,017.43 |
| 07/15/08 | 3 | SPECIALIZED BICYCLE COMPONENTS | Settlement of Adversary | 1241-000 | 8,500.00 | | 18,517.43 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.75 | | 18,519.18 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.35 | | 18,521.53 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.28 | | 18,523.81 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.80 | | 18,525.61 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.52 | | 18,527.13 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.93 | | 18,528.06 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,528.21 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,528.35 |
| 02/28/09 | 000302 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 15.21 | 18,513.14 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,513.30 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 18,513.71 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,514.18 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,514.64 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,515.11 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,515.58 |

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-44165 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BICYCLE COMPANY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6867 BofA - Money Market Account |
| Taxpayer ID No: | *******4726 | | |
| For Period Ending: | 10/19/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,516.04 |

| Account *******6867 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 18,500.00 | 2 | Checks | 24.05 |
| 24 | Interest Postings | 40.09 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 18,540.09 | | | |
| | | | | Total | $ 24.05 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 18,540.09 | | | |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) (Page: 5)

Ver: 14.31c

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-44165 | Page 1 | | | Date: October 19, 2009 |
| Debtor Name: | BICYCLE COMPANY | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | Clerk of the U.S. Bankruptcy Court | Administrative | | $450.00 | $0.00 | $450.00 |
| 001 3410-00 | Cooke & Lewis, Ltd. | Administrative | | $2,795.00 | $0.00 | $2,795.00 |
| 001 3110-00 | Cohen & Krol | Administrative | | $8,172.51 | $0.00 | $8,172.51 |
| 000001 070 7100-00 | Bank One Corporation<br>1820 E Sky Harbor Circle S<br>Building C AZ1-2004<br>Phoenix, AZ 85034 | Unsecured | | $99,310.30 | $0.00 | $99,310.30 |
| 000002 070 7100-00 | Sinclair, Inc.<br>P.O. Box 707<br>2775 Hwy 40<br>Verdi, NV 89439 | Unsecured | | $1,677.88 | $0.00 | $1,677.88 |
| 000003 070 7100-00 | Had-Tech Web Services<br>146 Bartram Road<br>Riverside, IL 60546 | Unsecured | | $700.00 | $0.00 | $700.00 |
| 000004 070 7100-00 | JPMorgan Chase Bank, NA successor by merger to<br>Bank One, NA<br>Michelle G. Novick, Esq.<br>55 E. Mornoe Street, 40th Floor<br>Chicago, IL 60603 | Unsecured | | $79,478.12 | $0.00 | $79,478.12 |
| 000005 070 7100-00 | Olympic Supply Company<br>5711 West Douglas Avenue<br>Milwaukee, WI 53218 | Unsecured | | $3,476.21 | $0.00 | $3,476.21 |
| | Case Totals: | | | $196,060.02 | $0.00 | $196,060.02 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-44165 ABG
Case Name: BICYCLE COMPANY
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Cooke & Lewis, Ltd. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: Clerk of the U.S. Bankruptcy Court | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Sinclair, Inc. | $ | $ |
| 000003 | Had-Tech Web Services | $ | $ |
| 000004 | JPMorgan Chase Bank, NA successor by merger to | $ | $ |
| 000005 | Olympic Supply Company | $ | $ |

      Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  percent.

      Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $   .