# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BICYCLE COMPANY | § | Case No. 04-44165 ABG |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 03/12/2010 in Courtroom B,

United States Courthouse
Park City Branch Court
301 Greenleaf Ave.,  Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/28/2010_____          By: _____

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| BICYCLE COMPANY | § | Case No. 04-44165 ABG |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 18,541.49 |
| *and approved disbursements of* | $ | 24.05 |
| *leaving a balance on hand of*[1] | $ | 18,517.44 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ | 2,604.15 | $ | 0.00 |
| *Attorney for trustee: Cohen & Krol* | $ | 8,063.00 | $ | 109.51 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant: Cooke & Lewis, Ltd.* | $ | 2,375.00 | $ | 420.00 |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges: Clerk of the U.S. Bankruptcy Court* | $ | 450.00 | $ | 0.00 |
| *Fees:* | $ | | $ | |
| *Other:* | $ | | $ | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $_____ | $_____ |
| Attorney for: | | $_____ | $_____ |
| Accountant for: | | $_____ | $_____ |
| Appraiser for: | | $_____ | $_____ |
| Other: | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,332.21  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Sinclair, Inc. | $            1,677.88 | $            88.40 |
| 000003 | Had-Tech Web Services | $            700.00 | $            36.88 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | *JPMorgan Chase Bank, NA* | | |
| *000004* | *successor by merger to* | $ 79,478.12 | $ 4,187.35 |
| *000005* | *Olympic Supply Company* | $ 3,476.21 | $ 183.15 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/JOSEPH E. COHEN
                              TRUSTEE

*JOSEPH E. COHEN*

*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley          Page 1 of 1          Date Rcvd: Feb 03, 2010
Case: 04-44165               Form ID: pdf006         Total Noticed: 18

The following entities were noticed by first class mail on Feb 05, 2010.
db          +Bicycle Company,   200 North Hough Street,   Barrington, IL 60010-3079
aty         +Joseph A. Serpico,   Serpico & Associates,   10525 W. Cermak Road,   Westchester, IL 60154-5212
tr          +Joseph E Cohen,   Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
8729352     +American Pos,   3 Storehouse Lane,   Destrehan, LA 70047-3825
9010708     +Bank One,   P O BOX 260161,   Batton Rouge, LA 70826-0161
8919467     +Bank One Corporation,   1820 E Sky Harbor Circle S,   Building C AZ1-2004,
              Phoenix, AZ 85034-4812
8729353     +Best Payment Solutions,   710 Quail Ridge Drive,   Westmont, IL 60559-6153
8729354     +EMPS,   P.O. Box 6600,   Hagerstown, MD 21741-6600
8729355     +GK Development,   257 E. Main Street,   Barrington, IL 60010-4362
8729356     +Had-Tech Web Services,   146 Bartram Road,   Riverside, IL 60546-1815
9381771     +JPMorgan Chase Bank, NA successor by merger to,   Bank One, NA,   Michelle G. Novick, Esq.,
              55 E. Mornoe Street, 40th Floor,   Chicago, IL 60603-5713
8729357     +John Makropoulos,   24324 Hemlock Drive,   Plainfield, IL 60585-6817
8729358     +Madison Freight Systems,   900 Uniek Drive,   Waunakee, WI 53597-9586
8729359     +Olympic Supply Company,   5711 West Douglas Avenue,   Milwaukee, WI 53218-1690
8729361     +Sinclair, Inc.,   P.O. Box 707,   2775 Hwy 40,   Verdi, NV 89439-0707
8729362     +Windy City Publishing,   1450 W. Randolph Street,   Chicago, IL 60607-1414
8729363      Yellow Book of Illinois, LLC,   P.O. Box 586,   Newark, NJ 07101-0586

The following entities were noticed by electronic transmission on Feb 03, 2010.
8729360     +E-mail/Text: PMAGNUSON@RALEIGHAMERICA.COM                  Raleigh America, Inc.,
              6004 South 190th Street,   Suite 101,   Kent, WA 98032-2130
                                                                      TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph E Cohen,   Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
                                                                      TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2010                    Signature:    *Joseph Speetjens*