UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
BICYCLE COMPANY                         §    Case No. 04-44165
                                        §
         Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Document      Page 3 of 11

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GK Development 257 E. Main Street Barrington, IL 60010 |  |  |  |  |  |
| John Makropoulos 24324 Hemlock Drive Plainfield, IL 60544 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COHEN & KROL | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Pos 3 Storehouse Lane Destrehan, LA 70047 | | | | | |
| Best Payment Solutions 710 Quail Ridge Drive Westmont, IL 60559 | | | | | |
| EMPS PO Box 6600 Hagerstown, MD 21740 | | | | | |
| Madison Freight Systems 900 Uniek Drive Waunakee, WI 53597 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Raleigh America, Inc. 6004 South 190th Street Suite 101 Kent, WA 98032 | | | | | |
| Windy City Publishing 1450 W. Randolph Street Chicago, IL 60607 | | | | | |
| Yellow Book of Illinois, LLC PO Box 586 Newark, NJ 07101-0586 | | | | | |
| HAD-TECH WEB SERVICES | | | | | |
| JPMORGAN CHASE BANK, NA SUCCESSOR B | | | | | |
| OLYMPIC SUPPLY COMPANY | | | | | |
| SINCLAIR, INC. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 04-44165 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BICYCLE COMPANY | Date Filed (f) or Converted (c): | 12/01/04 (f) |
| | | 341(a) Meeting Date: | 01/27/05 |
| For Period Ending: 09/21/10 | | Claims Bar Date: | 06/06/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE EQUIPMENT | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. COMPUTER | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. FRAUD, CONVEYANCE | Unknown | 50,000.00 | | 18,500.00 | 31,500.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 42.53 | Unknown |

|   |   |   |   | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $16,000.00 | $50,000.00 | $18,542.53 | $31,500.00 |
|   |   |   |   | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING POTENTIAL PREFERENTIAL OR FRAUDULENT TRANSFERS. TRUSTEE HAS SENT DEMAND LETTERS TO POTENTIAL DEFENDANTS AND AM WAITING FOR RESPONSES. TRUSTEE PREPARING ADVERSARY COMPLAINTS. TRUSTEE HAS FILED THREE ADVERSARY COMPLAINTS WHICH ARE CURRENTLY PENDING. ADVERSARY COMPLAINTS ARE BEING SETTLED. TRUSTEE HAS FILED MOTIONS TO APPROVE SETTLEMENTS.
TRUSTEE REVIEWING CLAIMS AQND WILL THEN FILE A FINAL REPORT. TRUSTEE HAS TO FILE CLAIM OBJECTIONS IF CONSENTS CANNOT BE WORKED OUT. TRUSTEE WORKING ON DRAFT OF FINAL REPORT. TRUSTEE HAS SUBMITTED FINAL REPORT TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 03/31/06      Current Projected Date of Final Report (TFR): 01/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 04-44165 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BICYCLE COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6867 BofA - Money Market Account |
| Taxpayer ID No: | *******4726 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/07 | 3 | American Bicycle Group | Settlement of Adversary | 1241-000 | 10,000.00 | | 10,000.00 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 2.88 | | 10,002.88 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 5.34 | | 10,008.22 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.78 | | 10,013.00 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.97 | | 10,016.97 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.38 | | 10,019.35 |
| 03/25/08 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.84 | 10,010.51 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.37 | | 10,012.88 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.05 | | 10,014.93 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.27 | | 10,016.20 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.23 | | 10,017.43 |
| 07/15/08 | 3 | SPECIALIZED BICYCLE COMPONENTS | Settlement of Adversary | 1241-000 | 8,500.00 | | 18,517.43 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.75 | | 18,519.18 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.35 | | 18,521.53 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.28 | | 18,523.81 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.80 | | 18,525.61 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.52 | | 18,527.13 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.93 | | 18,528.06 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,528.21 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,528.35 |
| 02/28/09 | 000302 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 15.21 | 18,513.14 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,513.30 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 18,513.71 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,514.18 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,514.64 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,515.11 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,515.58 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-44165 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BICYCLE COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6867 BofA - Money Market Account |
| Taxpayer ID No: | *******4726 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,516.04 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,516.51 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,516.97 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,517.44 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,517.91 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 18,518.34 |
| 03/10/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 18,518.48 |
| 03/10/10 | | Transfer to Acct #*******1192 | Final Posting Transfer | 9999-000 | | 18,518.48 | 0.00 |

| | Account *******6867 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 2 | | Deposits | 18,500.00 | 2 | Checks | 24.05 |
| 30 | | Interest Postings | 42.53 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 18,518.48 |
| | | Subtotal | $ 18,542.53 | | | |
| | | | | | Total | $ 18,542.53 |
| 0 | | Adjustments In | 0.00 | | | |
| 0 | | Transfers In | 0.00 | | | |
| | | Total | $ 18,542.53 | | | |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

Ver: 15.20

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-44165 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BICYCLE COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1192 BofA - Checking Account |
| Taxpayer ID No: | *******4726 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/10 | | Transfer from Acct #*******6867 | Transfer In From MMA Account | 9999-000 | 18,518.48 | | 18,518.48 |
| 03/25/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,604.25 | 15,914.23 |
| 03/25/10 | 003002 | Cohen & Krol | Attorney fees per court order | | | 5,268.84 | 10,645.39 |
| | | | Fees       5,159.33 | 3110-000 | | | 10,645.39 |
| | | | Expenses      109.51 | 3120-000 | | | 10,645.39 |
| 03/25/10 | 003003 | Cooke & Lewis, Ltd. | Accountant for Trustee fees<br>Accountant for Trustee fees | | | 2,795.00 | 7,850.39 |
| | | | Fees       2,375.00 | 3410-000 | | | 7,850.39 |
| | | | Expenses      420.00 | 3420-000 | | | 7,850.39 |
| 03/25/10 | 003004 | Clerk of the U.S. Bankruptcy Court | Deferred Adversary Filing Fees | 2700-000 | | 450.00 | 7,400.39 |
| 03/25/10 | 003005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 2,579.67 | 4,820.72 |
| 03/25/10 | 003006 | Sinclair, Inc.<br>P.O. Box 707<br>2775 Hwy 40<br>Verdi, NV 89439 | Claim 000002, Payment 5.64939% | 7100-000 | | 94.79 | 4,725.93 |
| 03/25/10 | 003007 | Had-Tech Web Services<br>146 Bartram Road<br>Riverside, IL 60546 | Claim 000003, Payment 5.65000%<br>(3-1) Modified on 04/15/2005 to<br>correct PDF | 7100-000 | | 39.55 | 4,686.38 |
| 03/25/10 | 003008 | JPMorgan Chase Bank, NA successor by merger to<br>Bank One, NA<br>Michelle G. Novick, Esq.<br>55 E. Mornoe Street, 40th Floor<br>Chicago, IL 60603 | Claim 000004, Payment 5.64935% | 7100-000 | | 4,490.00 | 196.38 |
| 03/25/10 | 003009 | Olympic Supply Company<br>5711 West Douglas Avenue<br>Milwaukee, WI 53218 | Claim 000005, Payment 5.64926% | 7100-000 | | 196.38 | 0.00 |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 10)                                                                                                    Ver: 15.20

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 04-44165 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BICYCLE COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1192 BofA - Checking Account |
| Taxpayer ID No: | *******4726 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******1192

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 9 | Checks | 18,518.48 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 18,518.48 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 18,518.48 | | | |
| | Total | $ 18,518.48 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 18,500.00 | 15 | Checks | 18,542.53 |
| 30 | Interest Postings | 42.53 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 18,518.48 |
| | Subtotal | $ 18,542.53 | | | |
| | | | | Total | $ 37,061.01 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 18,518.48 | | | |
| | Total | $ 37,061.01 | | Net Total Balance | $ 0.00 |